BERTRAM L. STICHMAN, Respondent, v. SAMUEL GETZ et al., Appellants.

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.